NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

JAC 04-278

J.H.

VERSUS

K.D.H. (J.R.)

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 2003-5368
HONORABLE LILYNN ANNETTE CUTRER, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**BILLY HOWARD EZELL**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, Elizabeth A. Pickett, and Billy Howard Ezell,
Judges.

**AFFIRMED.**

John Foster DeRosier
DeRosier & Barrett
125 W. School St.
Lake Charles, LA 70602
(337) 474-0820
Counsel for: Defendant/Appellee
J.R.

Satrica Del-Antee Williams
Attorney at Law
3221 Common St.
Lake Charles, LA 70601
(337) 436-2075
Counsel for: Plaintiff/Appellant
J.H.

K.D.H.
In proper person
1103 Aberdeen Drive
Lake Charles, LA 70605
(337) 478-7069